100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 29, 2026

Mr. Nathan Jeremiah Moelker
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, DC 20002

    Re: Case No. 26-3395
       *Zachary Knotts, et al v. City of Cuyahoga Falls, OH, et al*
       Originating Case No. 5:25-cv-01120

Dear Counsel,

   This appeal has been docketed as case number **26-3395** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **May 13, 2026**. If the appellate filing fee has not been paid, it must be paid by that date as well.

        Appellant:  Appearance of Counsel
                     Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:  Appearance of Counsel
                     Application for Admission to 6th Circuit Bar (if applicable)

   Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

                          Sincerely yours,

                          s/Kelly Stephens

                          Appeal Case Manager: Ryan
                          Direct Dial No. 513-564-7079

cc: Mr. Paul J. Schumacher Jr.


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3395**

ZACHARY KNOTTS; LINDSAY KNOTTS

      Plaintiffs - Appellants

v.

CITY OF CUYAHOGA FALLS, OH; DYLAN PARATORE, in his individual and official capacities; BRADFORD DOBNEY, in his individual and official capacities

      Defendants - Appellees