UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3395**

Case Title: **Zachary Knotts, et al** vs. **City of Cuyahoga Falls, OH, et al**

List all clients you represent in this appeal:

**Zachary Knotts; Lindsay Knotts**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor      (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Liam R. Harrell**      Signature: s/ **Liam R. Harrell**

Firm Name: **American Center for Law & Justice**

Business Address: **201 Maryland Ave, NE**

City/State/Zip: **Washington, DC 20002**

Telephone Number (Area Code): **202-855-1778**

Email Address: **lharrell@aclj.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17