# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-3395

2. Case Caption (Short Title): Zachary Knotts, et al v. City of Cuyahoga Falls, OH, et al

3. Argument is scheduled for 1:00 p.m. *(time)* on December 17, 2026 *(day, date)* and will be held:

- [x] Live (In Person)
- [ ] by Video
- [ ] by Telephone

4. I, Liam R. Harrell, will be presenting argument on behalf of:

- [x] Appellant / Petitioner
- [ ] Amicus Curiae
- [ ] Other (please specify below): ____________
- [ ] Appellee / Respondent
- [ ] Intervenor

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: ____________

5. Party Name(s): Zachary Knotts, et al

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____

B. Total number of minutes (in whole minutes only) to be shared: _____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*