# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-3395

2. Case Caption (Short Title): Zachary Knotts, et al v. City of Cuyahoga Falls, OH, et al

3. Argument is scheduled for 1:00 p.m. *(time)* on December 17, 2026 *(day, date)* and will be held:

[X] Live (In Person) [ ] by Video [ ] by Telephone

4. I, Paul J. Schumacher, will be presenting argument on behalf of:

[ ] Appellant / Petitioner [ ] Amicus Curiae [ ] Other (please specify below): ____________

[X] Appellee / Respondent [ ] Intervenor

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: ____________

5. Party Name(s): City of Cuyahoga Falls, OH; Dylan Paratore; Bradford Dobney

6. Minutes reserved for rebuttal (appellant / petitioner only): ________ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: ____

B. Total number of minutes (in whole minutes only) to be shared: ____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____

D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*